IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KARLA J. GOUCHENOUER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 14-cv-907-CJP[1] |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER**

**Proud, Magistrate Judge:**

This matter is now before the Court on the parties' Agreed Motion for Remand to the Commissioner. **(Doc. 31)**.

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, the ALJ will offer plaintiff the opportunity for a hearing and will receive additional evidence. In accordance with

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 11.

agency regulations and rulings, the ALJ will further evaluate Plaintiff's mental impairments. The ALJ will evaluate all of the medical opinions of record and give reasons for the weight assigned them in accordance with agency regulations and rulings. The ALJ will also reassess Plaintiff's credibility and residual functional capacity. If necessary, the ALJ will obtain vocational expert testimony to assist in determining whether Plaintiff can perform a significant number of jobs in the national economy. After reevaluating the evidence, the ALJ will issue a new decision regarding the disability application.

For good cause shown, the parties' Agreed Motion for Remand to the Commissioner **(Doc. 31)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Karla J. Gouchenouer's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  July 14, 2015.**

                                         **s/ Clifford J. Proud**
                                         **CLIFFORD J. PROUD**
                                         **UNITED STATES MAGISTRATE JUDGE**